**Charles C. IBIDA, Plaintiff—Appellant,**

v.

**Robert GATES, Secretary, US. Department of Defense, Defense Contract Audit Agency; Leon Panetta, Secretary of Defense, Defendants–Appellees.**

No. 12–2483.

United States Court of Appeals, Fourth Circuit.

Submitted: May 30, 2013.

Decided: June 6, 2013.

Charles C. Ibida, Appellant Pro Se. Joseph Ronald Baldwin, Office of The United States Attorney, Baltimore, Maryland, for Appellee.

252

Before MOTZ, KING, and DUNCAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles C. Ibida seeks to appeal the district court's order dismissing his complaint. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

When the United States or its officer or agency is a party, the notice of appeal must be filed no more than sixty days after the entry of the district court's final judgment or order, Fed. R.App. P. 4(a)(1)(B), unless the district court extends the appeal period under Fed. R.App. P. 4(a)(5), or reopens the appeal period under Fed. R.App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214, 127 S.Ct. 2360, 168 L.Ed.2d 96 (2007).

The district court's order was entered on January 26, 2012. The court granted Ibida's motion to reopen the appeal period, specifying that the notice of appeal must be filed by August 14, 2012. The notice of appeal was filed on November 30, 2012. Because Ibida failed to file a timely notice of appeal, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*